373 A.2d 1121

Commonwealth v. Dunn, Appellant.

Commonwealth ex rel. Dunn, Appellant, v. Dunn.

Argued March 16, 1977. Laurence T. Himes, Jr., with him Russell F. Griest, for appellant at No. 95, and appellee at No. 97; Sheryl Ann Dorney, Assistant District Attorney, with her Donald L. Reihart, District Attorney, for complainant, appellant at No. 97, and appellee at No. 95.

Orders affirmed.

373 A.2d 1121

Commonwealth v. Elam, Appellant.

Submitted June 14, 1976. Stanley Bashman, for appellant; Pamela Esposito, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.